## RECOMMENDATION TERMINATING
## SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) **Docket Number:** 2:89CR00271-03
)
Carol Sue RILEY )
)

**FILED**

MAR - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## LEGAL HISTORY:

On September 10, 2001, the above-named was placed on Supervised Release for a period of three years, which commenced on August 6, 2004. Special conditions included a requirement for Warrantless search; Financial disclosure; Drug and alcohol counseling and testing; Not possess pager or cellular phone without permission of the probation officer; Totally abstain from the use of alcoholic beverages; Participate in mental health counseling; Co-payment for treatment, in the amount of $5.00; Register as a drug offender.

## SUMMARY OF COMPLIANCE:

Carol Sue Riley has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Carol Sue Riley has derived maximum benefit from supervision and is not in need of continued supervision.

Rev. 03/2005
EARLITRM.MRG

**Re:   Carol Sue RILEY**
**Docket Number:   2:89CR00271-03**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

## RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Respectfully submitted,

/s/ Rafael G. Loya

**RAFAEL G. LOYA**
**Senior United States Probation Officer**

Dated:  February 7, 2006
Sacramento, California

**REVIEWED BY:**    **/s/ Deborah A. Spencer**
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

RGL:kms

cc:   AUSA Douglas Sprague
(Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 03/2005
EARLITRM.MRG

PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
             vs. )    **Docket Number:  2:89CR00271-03**
)
**Carol Sue RILEY** )
_____ )

On September 10, 2001, the above-named was placed on Supervised Release for a period of three (3) years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Rafael G. Loya

**RAFAEL G. LOYA**
**Senior United States Probation Officer**

Dated:     March 1, 2006
              Sacramento, California
              RGL:kms

**REVIEWED BY:**    __/s/ Deborah A. Spencer_____
                    **Deborah A. Spencer**
                    **Supervising United States Probation Officer**

**Re:   Carol Sue RILEY**
**Docket Number:  2:89CR00271-03**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that
the proceedings in the case be terminated.

$3/3/0 6$

**Date**

**Edward J. Garcia**
**Senior United States District Judge**

RGL:
Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office